IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY RYDELL BUNCH**     **PLAINTIFF**
**ADC #175870**

V.     **CASE NO. 4:22-cv-00463 JM**

**BILL SIMPSON, Public**
**Defender, County Administration**     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 23rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE